■ In the Matter of C. PARKE MASTERSON, Appellant, v. GEORGE T. CLARK and JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— In a proceeding under section 330 of the Election Law (1) to invalidate a petition designating respondent George T. Clark as a candidate of the Republican party in the primary election for a certain party position (specified in the title) in the Fourth Assembly District, Queens County; and (2) for other relief, the petitioner appeals from an order of the Supreme Court, Queens County, entered August 27, 1962, which dismissed the proceeding, after a hearing. Order affirmed, without costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Hill and Hopkins, JJ., concur; Rabin, J., not voting.

■ In the Matter of WILLIAM J. McCORMICK, JR., et al., Appellants, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents.— In a proceeding under section 330 of the Election Law (1) to declare as null and void a petition designating the respondents as candidates of the Democratic party in the primary election for certain public offices and party positions; (2) to declare as null and void certain declinations and substitutions filed with the Board of Elections with respect to such candidacies; and (3) to enjoin said Board of Elections from printing or placing the names of said respondents as such candidates on the official primary ballot, the petitioners appeal from an order of the Supreme Court, Kings County, dated August

24, 1962, which (a) sustained the validity of said declinations and substitutions; and (b) in all other respects dismissed the proceeding. Order affirmed, without costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.